Certificate Number: 13861-MN-DE-041577212

Bankruptcy Case Number: 26-32342

13861-MN-DE-041577212

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2026, at 3:28 o'clock PM PDT, Kayann Destephen Comeaux completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date: October 19, 2026

By: /s/Suzanne Bourbois

Name: Suzanne Bourbois

Title: Counselor